No. 96–1398. BARKLEY SEED, INC., DBA PACIFIC SOUTHWEST SEED & GRAIN, INC. v. BOTELHO SHIPPING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1399. UNITED STATES EX REL. HAYCOCK v. HUGHES AIRCRAFT CO. C. A. 9th Cir. Certiorari denied.

No. 96–1403. NATIONAL RAILROAD PASSENGER CORPORATION ET AL. v. VAN HOLT ET VIR. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–1407. COLEMAN v. JOSEPH E. SEAGRAM & SONS, INC. C. A. 6th Cir. Certiorari denied.

No. 96–1409. AREA G HOME & LANDOWNERS ORGANIZATION, INC., ET AL. v. MUNICIPALITY OF ANCHORAGE, ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 96–1422. J. W., FOR HERSELF AND AS NEXT FRIEND OF DOE, HER MINOR DAUGHTER v. BRYAN INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 96–1423. DEVINE v. STONE, LEYTON & GERSHMAN, P. C. C. A. 8th Cir. Certiorari denied.

No. 96–1424. MARISOL A., BY HER NEXT FRIEND, FORBES, ET AL. v. GIULIANI, MAYOR OF NEW YORK CITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1434. SZMALEC v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 96–1437. CITY OF NEW YORK ET AL. v. IVANI CONTRACTING CORP. C. A. 2d Cir. Certiorari denied.

No. 96–1441. WEST AMERICAN INSURANCE CO. v. FREEMAN. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–1443. NAGLE v. BAILEY. C. A. 11th Cir. Certiorari denied.

No. 96–1450. SHINN ET AL., ON BEHALF OF SHINN v. COLLEGE STATION INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.